UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION
**1:24-cv-24847-PCH**

**ALEJANDRO ESPINOZA**
    Plaintiff,

vs.
**RHONE APPAREL, INC.**
    Defendant.
_____/

## PLAINTIFF COUNSEL'S VERIFIED CERTIFICATE OF COUNSEL REGARIDNG PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

**ALEJANDRO ESPINOZA** , by and through undersigned counsel, hereby files this Verified Certificate of Counsel Regarding Prior Filings Under the Americans With Disabilities Act per the Court's December 13, 2024 Order requiring same [D.E. 4]. As officers of the Court and attorneys for Plaintiff, the undersigned counsel hereby verify the following:

1. This is an action, among other claims, for declaratory and injunctive relief pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. §§12181-12189 ("ADA"), as amended, and 28 C.F.R. Part 36, to prevent disability discrimination and allow equal access to Defendant's internet website by a visually disabled Plaintiff.

2. Prior to filing this lawsuit, the undersigned attorneys for the Plaintiff conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida and have concluded that the following cases filed **Rhone Apparel, Inc .**alleging public accommodation violations of the ADA relating to websites: NONE

3. Undersigned will amend this certification if any relevant information becomes available.

4. The website continues to be non-complaint.

5. The property of Defendant that the Plaintiff visited in connection with his ADA claims was and is Defendant's website.

6. Plaintiff made the visits to the Defendant's website on several dates in November and December 2024 where specific barriers to Plaintiff's access to the website were found and documented by the Plaintiff's forensic computer expert.

Dated: December 30, 2024

                                        Mendez Law Offices, PLLC
                                        Attorneys for Plaintiff
                                        P.O. BOX 228630
                                        Miami, Florida 33172
                                        Telephone: 305.264.9090
                                        Facsimile: 1-305.809.8474
                                        Email: info@mendezlawoffices.com
                                        By: _____/s/_____
                                        DIEGO GERMAN MENDEZ, ESQ.
                                        FL BAR NO.: 52748