UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24847-PCH

ALEJANDRO ESPINOZA,

    Plaintiff,

vs.

RHONE APPAREL, INC.
a Foreign Profit Corporation D/B/A RHONE,

    Defendant.

_____/

CLOSED CIVIL CASE

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's, Alejandro Espinoza, Notice of Voluntary Dismissal with Prejudice **[ECF No. 9]**, which was filed on April 11, 2025. Plaintiff informs the Court that he wishes to voluntarily dismiss this action against Defendant with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, having reviewed the record and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida on April 14, 2025.

_____
HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: all counsel of record